IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DARRYL LEROY STEWART, JR.,**<br><br>Plaintiff,<br><br>v.<br><br>**PONCE, et al.,**<br><br>Defendants. | 2:22-cv-00285-CKD-P<br><br>**ORDER** |

**GOOD CAUSE APPEARING,** Defendants' motion for an administrative relief re-extension of time to schedule a settlement conference and motion to opt out of the Post-Screening ADR Project is granted. The deadline to contact the Courtroom Deputy to schedule a settlement conference is extended to September 20, 2022, and the deadline to file a motion to opt out of the Post-Screening ADR Project is extended to October 18, 2022.

Dated: July 14, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE