UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEROY STEWART, JR., | No. 2:22-cv-00285 CKD P |
| Plaintiff, | |
| v. | ORDER |
| S. PONCE, et al., | |
| Defendants. | |

On October 26, 2022, defendants filed a partial motion to dismiss.[1]  Plaintiff has not opposed the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

Good cause appearing, IT IS HEREBY ORDERED that, within 21 days from the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation

////

////

---

[1] The motion to dismiss does not affect the individual capacity claims against defendants.

1

that the official capacity claims against defendants be dismissed as barred by the Eleventh Amendment.

Dated: April 10, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/stew22cv0285.46