UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEROY STEWART, JR., | No. 2:22-cv-00285 CKD P |
| Plaintiff, | |
| v. | ORDER |
| S. PONCE, et al., | |
| Defendants. | |

Plaintiff filed a motion for extension of time to file an opposition to defendants' partial motion to dismiss. The motion to dismiss has been pending since October 2022 without any response from plaintiff. On April 10, 2023, the court sua sponte granted him one extension of time. For good cause appearing, the court will grant plaintiff's motion in part and grant him one last extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 25) is granted, in part.

2. Plaintiff is granted 30 days from the date of this order in which to file an opposition to defendants' partial motion to dismiss (ECF No. 22).

3. No further extensions of time will be granted.

/////

/////

Dated: May 5, 2023

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/stew0285.36