UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEROY STEWART, JR., | No. 2:22-cv-00285 CKD P |
| Plaintiff, | |
| v. | ORDER |
| S. PONCE, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file an opposition to defendants' partial motion to dismiss pursuant to the court's order of May 5, 2023. ECF No. 31. In the motion, plaintiff indicates that he was granted law library access since his last extension of time. ECF No. 31. The court will grant plaintiff one last short extension of time. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 31) is granted in part; and

2. Plaintiff is granted fourteen days from the date of this order in which to file an opposition to defendants' partial motion to dismiss (ECF No. 22).

3. Defendants' motion to dismiss will be deemed submitted on the papers pursuant to Local Rule 230(l) upon the expiration of this deadline regardless of whether plaintiff files an opposition.

/////

Dated: June 27, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/stew0285.36sec