UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL LEROY STEWART, JR., | No. 2:22-cv-00285-CKD P |
| Plaintiff, | |
| v. | ORDER |
| S. PONCE, et al., | |
| Defendants. | |

Plaintiff has filed his second request for an extension of time to file an opposition to defendants' motion for summary judgment. Despite defendants' opposition, plaintiff's motion will be granted for good cause shown. No further extensions of time will be granted.

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 38) is granted; and

2. Plaintiff shall file his opposition to defendants' motion for summary judgment on or before March 31, 2024. No further extensions of time will be granted.

3. The failure to file an opposition within the time provided will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

/////

/////

1

1 | Dated: January 30, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

6 | 12/stew0285.36.sec+41osc